160 A.3d 755

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Caleb Daniel FOX, Petitioner**

**No. 343 MAL 2016**

Supreme Court of Pennsylvania.

DECIDED: October 20, 2016

## ORDER

PER CURIAM

**AND NOW**, this 20th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** for

proceedings consistent with *Commonwealth v. Lutz–Morrison*, 636 Pa. 395, 143 A.3d 891 (2016).

Justice Wecht did not participate in the consideration or decision of this matter.